Francisco J. Aldana, Esq. (SBN 216388)
LAW OFFICES OF FRANCISCO JAVIER ALDANA
3033 Fifth Avenue, Suite 201
San Diego, California 92103
Tel: (619) 236-8355
Fax: (619) 374-7056
Email: efile@aldanalawoffice.com

Attorney for Plaintiffs
KEITH NELSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| KEITH NELSON and JUAN ANTONIO NELSON-CEBALLOS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JAMES FRASER; MARISELA DANGIL, J.D; COMMONWEALTH LAW GROUP, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, KENNETH CUCCINELLI, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Does 1-10,<br><br>　　　　Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>　1. Negligence;<br>　2. Fraud and Misrepresentation;<br>　3. Violation of Racketeering and Influence Corruption Act<br>　4. Declaratory Relief and Injunctive Relief<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR DAMAGES

COMES NOW PLAINTIFFS KEITH NELSON and ANTONIO NELSON-CEBALLOS, hereinafter collectively referred to as "Plaintiffs", allege as follows:

**I.　INTRODUCTION**

1. Plaintiffs are both United States citizens and their immediate relatives who were victims of fraud and racketeering by Defendants in the petitioning of their adjustment of status cases before the United States Citizen and Immigration Services.

2. Plaintiffs would hire defendants and defendant law firm to file petition for alien relatives and adjustment of status packets, which were to include 601(a) waivers.

3. Instead, Defendants would file I-485 Supplement A to Form I-485, Adjustment of Status Under 245(i).

4. On the eve of the hearing dates, the defendants and defendant law firm's representatives, would call petitioners and tell them, there has been a change of plan, and that they have to follow a script and if they do not follow the script, they would be deported at that immigration hearing.

5. On the day of the hearing, they are told to state that each petitioner worked in the United States prior to the sunset date of April 30, 2001, and that they had used a different name.

6. Under duress and afraid of being removed from their loved ones, and under the instruction of their attorney James Fraser, and other defendants in this case, they complied.

7. Subsequently, their petitions were denied and a finding of misrepresentation was found.

8. This case seeks to adjudicate the Defendants, JAMES FRASER, MARISELA DANGIL, J.D; AND COMMONWEALTH LAW GROUP, liable for damages as stated herein and a disgorgement of fees.

9. This case also seeks a declaratory judgment and judicial finding that Plaintiffs did not misrepresent or commit fraud in seeking immigration benefits.

**II.   JURISDICTION AND VENUE**

10. This court has subject matter jurisdiction pursuant to 28 U.S.C. Section 1331 because Plaintiffs' claims arise under the Constitution and laws of the United States of America.

11. Venue is proper in that this judicial district under 28 U.S.C. Section 1391(b)(2) because the incident giving rise to this action occurred in this district.

**III.   PARTIES**

12. Plaintiff  KEITH  NELSON  is an individual and a United States citizen and resident of

**COMPLAINT FOR DAMAGES, RESTITUTION, AND INJUNCTIVE RELIEF;
DEMAND FOR JURY TRIAL**

San Diego, California. At the time of the fraud and racketeering, Plaintiff lived in Palm Springs, California.

13. Plaintiff JUAN ANTONIO NELSON-CEBALLOS is an individual, and a Mexican citizen and resident of San Diego, California and at all times relevant a resident of Palm Springs, California.

14. Defendant JAMES FRASER is an attorney and owner of Commonwealth Law Group, which is located in Riverside County, where all the acts occurred.

15. Defendant MARISEL DANGIL, J.D., is an individual and at all times relevant was Senior Legal Analyst for Commonwealth Law Group; and a resident of Riverside County, California.

16. Defendant COMMONWEALTH LAW GROUP is a law firm located in Rancho Mirage, California authorized to do business in California entity form unknown.

17. JUAN ANTONIO CEBALLOS-NELSON who entered the United States in March 1996. He fell in love and got married to Keith Douglas Nelson, a United States Citizen on July 3, 2013.

18. KENNETH CUCCINELLI, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, is a acting director of UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS).

19. USCIS is a branch of the United States government.

20. On July 23, 2013, Mr. Ceballos-Nelson and his husband, Keith Nelson hired the Commonwealth Law Group to assist them in their immigration process.

21. On July 23, 2013, Sandy Luna, an administrative assistant sent a letter to both Mr. Nelson and Mr. Ceballos-Nelson acknowledging the attorney representation.

22. On July 23, 2013, Attorney James Fraser and Senior Legal Analyst, Marisela Dangcil, J.D., Senior Legal Analyst, met with applicant-appellant, JUAN ANTONIO CEBALLOS-NELSON and Keith Nelson, in the conference room for The Commonwealth Law Group located in Rancho Mirage at 71843 Highway 111, Suite B, Rancho Mirage, California 92270. At that time, several questionnaires and a list of documents were provided to appellant.

23. On July 29, 2013 Sandy Luna acknowledged receipt of the filled out questionnaires.

24. On August 3, 2013, the I-130, Petition for Alien Relative was filled out, signed and sent, along with a G-28, Notice of Entry as Attorney or Accredited Representative by Attorney James Andrew Fraser.

25. On April 3, 2014, the I-130 was approved.

26. On April 3, 2013, President Barack Obama's I-601(a) waiver went into effect.

27. On December 4, 2013, Sandy Luna of Commonwealth Law Group sent a letter to Mr. Keith Nelson, petitioner, requesting documents for the 601(a) waiver, which included a waiver check list and waiver items check list for client.

28. On August 5, 2013, JUAN ANTONIO CEBALLOS-NELSON (formerly CEBALLOS-RODRIGUEZ) signed the I-485 and his attorney James A. Fraser signed it on August 8, 2013.

29. On August 9, 2014, JUAN ANTONIO CEBALLOS-NELSON signed the I-485 Supplement. (See Exhibit I) The receipt for the applications was mailed on July 30, 2014.

30. The USCIS set a date for Applicant's interview for March 27, 2015.

31. On March 26, 2015, the day before the interview, the Applicant, JUAN ANTONIO CEBALLOS-NELSON and his husband, received a call from Marisela Dangcil explaining that there was a complication with their case, and that they had to meet.

32. Applicant and his spouse went to meet Ms. Dangcil at Commonwealth offices in Rancho Mirage. Ms. Dangcil gave them documents that had to be presented to the interview the next day.

33. Ms. Dangcil instructed Applicant that he just had to tell the immigration officer that he had used this name before and that everything would be okay. Ms. Dangcil stated that if Mr. JUAN ANTONIO CEBALLOS-NELSON, a gay man, married to another man, would surely be deported on the spot, if he did not follow, Ms. Dangcil's instructions. Ms. Dangcil assured them everything would be okay because Attorney James A. Fraser would be with them at the interview, and he knew about the story.

34. Both the applicant and his husband were terrified. The law allowing same sex couples to immigrate was new and they felt unprotected. They did not sleep well that evening.

35. They both went there the next day to the interview. They were met by Attorney James A.

Fraser at the parking lot and requested the documents Marisela Dangcil had given them to memorize.

36. Attorney James A. Fraser stated, "I do not know who is going to interview you, some are nice and some are not." He also asked, "Did Marisela provide you the name you are going to use." He wasn't sure how some would behave because we were a gay couple.

37. At the interview, the officer was not very warm. Apparently, the fraudulent documents had been sent to the USCIS by Marisela Dangcil because they were already in the file.

38. The name that Applicant JUAN ANTONIO CEBALLOS-NELSON was supposed to use was Bernardino Tomas Escobar. He allegedly worked at Automatic Fire Sprinklers, Inc., a Company still in business, located at 7272 Mars Dr., Huntington Beach, California 92647, Phone No.: 714-841-2066.

39. At the hearing, Officer Gonzalez asked Attorney James A. Fraser about documents from American Sprinkler that were in applicants file, but had another person's name in it. That name was Rodrigo Mena Valentin.

40. James A. Fraser responded, that it must be a mistake but that his firm, Commonwealth Law Center, was working with a lot of clients from Automatic Fire Sprinklers, Inc.

41. After the interview, Officer Gonzalez, gave James A. Fraser, a list of documents he needed.

42. Commonwealth Law Group assembled these documents and sent them to USCIS.

43. All of these fraudulent were never provided by applicant nor his spouse, but were provided by Commonwealth Legal Group.

44. After the hearings, applicant and spouse were called by Commonwealth Legal Group to come and pick up their original documents.

45. Keith Nelson, petitioner, went to pick up the documents and a paralegal gave them the documents.

46. Upon discovering that Automatic Sprinklers, Inc. documents had been mistakenly given to Keith Nelson, Marisela Dangcil, panicked, called Keith Nelson on the phone and yelled at him, stating, "you should not have had received those documents, do not copy them, and bring them

back."

47. Interestingly enough, in that packet, there is also a letter from a Noemi Garcia, Dated June 9, 2015. Applicant and his husband do not know who procured this letter or how Commonwealth Law Group received it.

48. As time was passing, a series of emails ensued between Keith Nelson and Marisela, beginning on April 2, 2015, Keith Nelson writes Marisela Dangcil asking about progress on Commonwealth getting the documents requested by USCIS because Marisela assured Keith Nelson, they would be provided. The response from Marisela was "I haven't been able to get a hold of the person I told you about it. We have 84 days to respond so please be patient. Have a great Easter." Again Keith Nelson, writes Marisela, "Following up on any progress for the docs."

49. On June 11, 2015, Marisela Gomez (Marisela Dangcil) sent an email, "Mr. Fraser had an appointment in San Bernardino this afternoon. He took your evidence and filed it personally. I will email you confirmation tomorrow after he arrives. Thanks"

50. Mr. Nelson never received any documents although he requested them.

51. Mr. Nelson even purchased a money order for $585.00 and gave it to Commonwealth Law Group on the same day he paid the $1000.00 money order, a second $1000.00 money order, and an additional $70.00 money order to the Commonwealth Law Group. These money orders went towards their fees to the USCIS.

52. Mr. Nelson also paid $3,500.00 for the 601(a) waiver.

53. Applicant and his husband Keith Nelson were just waiting approval of their application. They had paid a total of about $15,000.00 for an adjustment of status packet and 601(a) waiver.

54. Mr. Nelson, even included a letter regarding the $585.00 fee for the waiver.

55. On February 27, 2017, USCIS denied Mr. Ceballos' petition.

56. The Commonwealth defendant's stated they were going to do something about the problem and that there was a mistake.

57. An appeal was sent on March 30th, 2017, which was denied on July 27, 2017.

58. Still, on October 1, 2017, the Commonwealth defendants said they would help and to this

**COMPLAINT FOR DAMAGES, RESTITUTION, AND INJUNCTIVE RELIEF;
DEMAND FOR JURY TRIAL**

date have done nothing and have refused to refund any monies paid to them, from their written contract.  This is the date when the Plaintiffs discovered they had been defrauded.

59. The true names and capacities, whether corporate, associate, individual or otherwise of Defendants DOES 1 through 10, inclusive are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names.  Each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings herein referred to and caused injuries and damages proximately thereby to Plaintiff, as herein alleged.  Plaintiff will seek leave of court to amend this Complaint to show their names and capacities when the same have been ascertained. Plaintiff does not have information as to whom the Doe Defendants are but will amend this complaint as soon as they are ascertained.

60. At all times mentioned in this Complaint, unless otherwise alleged, each Defendant, except for USCIS defendants, and in doing the acts alleged in this Complaint was acting within the course and scope and authority of that agency, partnership, employment, joint venture, or conspiracy, and with the knowledge and consent of each of the other Defendants.

## I.V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**(Negligence Against James Fraser, Marisela Dangil, J.D., Commonwealth Law Group)**

61. Plaintiff incorporates paragraphs 1-58 as if plead herein.

62. Defendants James Fraser, Marisela Dangil, J.D. and Commonwealth Law Group (Commonwealth Defendants) owed a duty of care to Plaintiffs.

63. Defendants were supposed to file an 601(a), Application for Provisional Unlawful Presence Waiver, but failed to do so even though they charged Plaintiffs for this service.

64. Plaintiffs did not know that this 601(a) was not filed as they are not attorneys.

65. Instead, Defendants filed an I-485 Supplement and charged them for this service.  Plaintiffs had no idea what this service was and did not know how it worked.

66. On the eve of their interview, Plaintiffs were scared and pressured into misrepresenting his

**COMPLAINT FOR DAMAGES, RESTITUTION, AND INJUNCTIVE RELIEF;
DEMAND FOR JURY TRIAL**

name and prior presence. This was unnecessary as Plaintiff CEBALLOS-NELSON, clearly qualified for a 601(a) waiver.

67. Defendants breached their duty of care to Plaintiffs by acting and filing the documents in the manner herein described.

68. These acts have damaged Plaintiffs and the legal and proximate cause of their loss and damages.

69. Plaintiffs continue to be harmed to this date as CEBALLOS-NELSON does not have his legal permanent status in the United States.

## SECOND CAUSE OF ACTION

### (Fraud and Misrepresentation Against James Fraser, Marisela Dangil, J.D., Commonwealth Law Group)

70. Plaintiff incorporates here each and every allegation set forth above and in this Complaint.

71. Defendants were suppose to file a 601(a) and instead, concocted a scheme to defraud the USCIS without Plaintiffs knowing it.

72. Defendants told Plaintiffs that they had filed a 601(a) and billed them for such filing.

73. Defendants instead filed a I-485 supplement, without letting Plaintiffs know that was what they were doing.

74. In fact, even when Plaintiff CEBALLOS-NELSON was told to state a different name, he did not know why. All he knew was that he was gay and married to a United States Citizen and the he would be deported to Mexico. He was under duress.

75. The truth is that Defendants concocted documents that were false and have done so to a large number of residents of Palm Desert area in Riverside County. This incident is not isolated.

76. Had Plaintiffs know the truth about what was happening, they would not have acted as instructed by Defendants.

77. At the earliest time possible, Plaintiff CEBALLOS-NELSON and his spouse informed the USCIS about the scheme created by the Commonwealth defendants, including attorney James Fraser and Marisela Dangil.

78. The acts of Defendants in defrauding Plaintiffs and misrepresenting to them the actual facts have caused them damage in terms of money paid to Defendants and in Plaintiff CEBALLOS-NELSON not have lawful permanent status.

79. The damages suffered by Plaintiff are both monetary and emotional.

80. Plaintiffs request punitive damages in the amount to be ascertained at trial.

## THIRD CAUSE OF ACTION

### (Civil RICO Against James Fraser, Marisela Dangil, J.D., Commonwealth Law Group)

81. Plaintiff incorporates here each and every allegation set forth above and in this Complaint.

82. Defendants were organized and charge money to over 30 individuals in the Riverside County area and around Palm Desert.

83. Defendants lied to their clients stating they were very proficient immigration attorneys and could get green cards as they had special skills.

84. Defendants did not tell their clients the fraudulent activity they had been perpetuating against the United States Citizenship and Immigration Services.

85. The scheme was to file an adjustment of status packet for an alien relative by a United States Citizen or a Lawful Permanent resident.

86. The defendants would file an I-485 Supplement alleging that the Defendants had previously been in the Country and used another name before.

87. They would then use old employment petitions that had been filed by a company called Automatic Sprinklers prior to the sunset date of April 30, 2001. These old petitions matched the names that Defendants would give their clients on the day prior to the interview.

88. Defendants were engaged in such a pattern as to have had been investigated by Univision in the Palm Desert area and many people were interviewed. Many others were afraid to come forward.

89. In this case, NELSON-CEBALLOS was hurt by the RICO activity in that he was eligible and qualified for a 601(a) but now he is not as there is a finding that he misrepresented a material

**COMPLAINT FOR DAMAGES, RESTITUTION, AND INJUNCTIVE RELIEF;
DEMAND FOR JURY TRIAL**

fact to the USCIS.  NELSON-CEBALLOS disputes he misrepresented but he is has still been damaged by the direct enterprise of the Defendants.

90. The enterprise was created by JAMES FRASER and his law firm, COMMONWEALTH LAW FIRM.

91. The Defendants' activity involved putting applications through the United States mail, purchasing stamps, involving mail fraud, and sometimes using Federal Express or overnight services to mail items from California to other states, which affected interstate commerce.

92. As a result of the RICO enterprise by Defendants, Plaintiffs have been injured and continue to be injured.  As a result, Plaintiffs demand treble damages, emotional and punitive damages as allowed by statutes.

## FOURTH CAUSE OF ACTION

**(Against Defendant United States Citizenship and Immigration Services, Kenneth Cuccinelli, Acting Director of U.S. Citizenship and Immigration Services) James Fraser, Marisela Dangil, J.D., Commonwealth Law Group)**

93. Plaintiff incorporates here each and every allegation set forth above and in this Complaint.

94. Plaintiff now wishes to file a renewed adjustment of status application with a 601(a) waiver, but is afraid that if the waiver is granted, the United States Consular Office in Mexico, will deny the petition based on misrepresentation.

95. As such, Plaintiffs request that this court declare that Plaintiff JUAN ANTONIO CEBALLOS-NELSON did not misrepresent or committed fraud in his application to adjust status to the United States Citizenship and Immigration Service and that he was a victim of JAMES FRASER, MARISELA DANGIL, J.D. and COMMONWEALTH LAW GROUP.

### V. **JURY TRIAL DEMANDED**

Plaintiffs respectfully demands a jury trial.

/ / /

/ / /

## VI. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully ask this court to:

1. As to all causes of action against JAMES FRASER, MARISELA DANGIL, J.D. and COMMONWEALTH LAW GROUP, general, compensatory, and punitive damages and attorney fees as allowed by statute;

2. As to the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES KENNETH CUCCINELLI, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, for declaratory relief and judicial finding that JUAN ANTONIO CEBALLOS-NELSON did not commit fraud and did not misrepresent in his adjustment of status application so that he may apply for a 601(a) waiver and adjust status in Mexico.

Date: September 16, 2019.                           **LAW OFFICES OF FRANCISCO J. ALDANA**

/s/ *Francisco J. Aldana*

FRANCISCO J. ALDANA
Attorney for Plaintiffs